IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
OCT 1 6 2001

CARDENAS/FERNANDEZ & ASSOCIATES, INC., ]
an Illinois Corporation, ]
                Plaintiff, ]

**01C 7931**

vs. ]

Case No.    **JUDGE GOTTSCHALL**

ALVARO FINA DOMINQUEZ, ]
FEDERACION COLOMBIANA DE FUTBOL, an ]
unincorporated association, JULIO CESAR VILLATE ]
JESSEN, an individual doing business as ]
INTERNATIONAL SOCCER MARKETING GROUP, ]
                Defendants. ]

Judge
Magistrate Judge

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**JURY TRIAL DEMANDED**

FILED OCT 15 PM 50
CLERK U.S. DISTRICT COURT

## COMPLAINT

NOW COMES the Plaintiff, CARDENAS/FERNANDEZ & ASSOCIATES INC., by and

through its attorneys, JORDAN & WISNIEWSKI, and complains of the Defendants, ALVARO

FINA DOMINQUEZ, FEDERATION COLOMBIANA DE FUTBOL and JULIO CESAR VILLATE

JESSEN, an individual doing business as INTERNATIONAL SOCCER MARKETING GROUP,

as follows:

### NATURE OF THE ACTION

1.     This is an action for breach of contract and for the breach of the implied covenant of good

faith and fair dealing. These claims arise out of an Agreement whereby the Defendants were to

produce the Colombian National Soccer Team for a soccer match to be organized and promoted by

the Plaintiff at Soldier Field in Chicago, Illinois on September 26, 2001.

### JURISDICTION AND VENUE

2.     This court has jurisdiction of the subject matter and of the parties pursuant to 28 U.S.C. §

1332 in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and

-1-

1-1

costs, and is between a citizen of the State of Illinois and citizens or subjects of a foreign state.

3.      Venue is proper in this district under 28 U.S.C. § 1391(a)(2) in that a substantial part of the events were to occur and the breach occurred in this district.

## PARTIES

4.      CARDENAS/FERNANDEZ & ASSOCIATES INC., is a corporation duly organized under the laws of the State of Illinois with its principal place of business in Chicago, Illinois.

5.      ALVARO FINA DOMINQUEZ, is an individual who is a citizen and resident of the Country of Colombia.

6.      FEDERATION COLOMBIANA DE FUTBOL is an unincorporated association with its principal place of business in the country of Colombia.

7.      JULIO CESAR VILLATE JESSEN, is an individual doing business as INTERNATIONAL SOCCER MARKETING GROUP with its principal offices in Santafe de Bogota, D.C., in the Country of Colombia.

## COUNT I
## BREACH OF CONTRACT

## COMMON FACTS

8.      CARDENAS/FERNANDEZ & ASSOCIATES INC., [hereinafter referred to as "CFA"] is in the business of promoting, sponsoring and producing special events within the continental United States, including but not limited to soccer matches.

9.      ALVARO FINA DOMINQUEZ [hereinafter referred to as "FINA"] is the president of FEDERATION COLOMBIANA DE FUTBOL.

10.     FEDERATION COLOMBIANA DE FUTBOL [hereinafter referred to as the "FEDERATION"] is the organization which controls the Colombian National Soccer Team.

-2-

11.     JULIO CESAR VILLATE JESSEN, [hereinafter referred to as "VILLATE"] doing business as INTERNATIONAL SOCCER MARKETING GROUP [hereinafter referred to as "ISMG"] is the authorized agent for FINA and the FEDERATION for purposes of negotiating contracts for the appearance of the Colombian National Soccer Team.

12.     After the "Copa America," an international soccer tournament, in which Mexico and Colombia were the finalists was won by Colombia, CFA determined that a rematch would draw a significant number of spectators.

13.     CFA contacted FINA and they discussed the prospects of holding such a soccer match which would be called "Revancha de la Copa America" [hereinafter referred to as "Revencha"].

14.     On or about August 24, 2001, FINA granted specific expressed authority to VILLATE and ISMG to negotiate the terms of the contract for the appearance of the Colombian National Soccer Team.  [Exhibit A (Ex A-1 English translation)].

15.     Pursuant to those discussions, FINA wrote a letter dated August 29, 2001 to Alejandro Burillo of Comision National de Selecciones, the controlling authority for the Mexican National Soccer Team, by which FINA confirmed that the CFA sponsored Revencha match would take place. [Exhibit B (Ex B-1 English translation)].

16.     The international governing board for soccer is F.I.F.A., and it is located in Zurich, Switzerland.

17.     The governing board for soccer within the United States is US Soccer, and it is located in Cook County, Illinois, USA.

18.     US Soccer is the authorized agent for F.I.F.A. for the purpose of sanctioning soccer matches within the borders of the Untied States.

19.     No professional soccer team can play in a soccer competition without obtaining permission by way of obtaining a "sanction" from F.I.F.A.

20.     On or about September 17, 2001, the governing board for soccer within the United States, US Soccer, on its own behalf and on behalf of F.I.F.A issued a letter sanctioning the Revencha match.  [Exhibit C].

21.     On or about September 18, 2001, a contract was executed between CFA and VILLATE d/b/a ISMG for Revencha to take place at Soldier Field in Chicago, Illinois U.S.A. on September 26, 2001.  [Exhibit D (Ex D-1 English translation)].

22.     On or about September 19, 2001, FINA wrote a letter to Michel Zen-Ruffinen, the Secretary General of F.I.F.A. requesting that F.I.F.A. revoke the sanctions for Revencha. [Exhibit E (Ex E-1 English translation)].

23.     In the first sentence of Exhibit E, FINA acknowledged the existence of its contract with CFA to play the match at Soldier Field, in Chicago, Illinois.

24.     If F.I.F.A rescinded the sanction which was given on its behalf by US Soccer, then there would have been a prohibition from playing the Revencha match.

25.     The result of FINA's request to revoke the sanctions for Revencha was to obtain an excuse for not participating in the Revencha match at Soldier Field, in Chicago, Illinois on September 26, 2001.

26.     Upon information and belief, F.I.F.A. took no action in relation to FINA's September 19, 2001 letter to its Secretary General.

27.     On or about September 22, 2001, CFA was informed that the Colombian National Soccer Team was not going to appear in Chicago for Revencha on September 26, 2001.

28.   The Colombian National Soccer Team did not appear in Chicago for Revencha on September 26, 2001.

29.   As a direct and proximate result of the breach of the Agreement by the Defendants, CFA suffered damages in excess of $100,000 including but not limited to, loss of profits. CFA has also suffered a diminution in its business reputation by the Defendants' failure to perform under the Agreement. The precise amount of damages suffered by Plaintiff shall be subject to proof at trial.

WHEREFORE, the Plaintiff, CARDENAS/FERNANDEZ & ASSOCIATES INC., demands judgment in an amount in excess of $100,000 against the Defendants and also demands costs and attorneys fees. Plaintiff further prays for other and different relief as this court deems to be just and proper.

## COUNT II
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

1-28.   CFA realleges paragraphs 1 through 28 above as and for the allegations of paragraphs 1 through 28 of Count II as though fully set forth at length.

29.   Implied in the Agreement was a covenant that the parties would deal with each other in good faith and would not engage in any conduct to deprive the other of the benefits of the Agreement.

30.   FINA failed to perform his obligation to act in good faith by knowingly, intentionally and in bad faith refusing and failing to take all necessary action to assure that the Colombian National Soccer Team would appear for the Revencha match.

31.   FINA further failed to perform his obligation to act in good faith by knowingly, intentionally and in bad faith, by Exhibit E (Ex E-1 English translation) requested F.I.F.A. to withdraw its sanction of the Revencha match.

-5-

32.     As a direct and proximate result of FINA's knowing, intentional and bad faith breach of the Agreement's implied covenant of good faith and fair dealing, Plaintiff suffered damages in excess of $100,000 including but not limited to, loss of profits.  CFA has also suffered a diminution in its business reputation by the Defendants' failure to perform under the Agreement.  The precise amount of damages suffered by Plaintiff shall be subject to proof at trial.

WHEREFORE, the Plaintiff, CARDENAS/FERNANDEZ & ASSOCIATES INC., demands judgment in an amount in excess of $100,000 against the Defendants and also demands costs and attorneys fees.  Plaintiff further prays for other and different relief as this court deems to be just and proper.

Dated: October 10, 2001

                              JORDAN & WISNIEWSKI

                              By: Terrence M. Jordan
                              Attorney for Cardenas/Fernandez & Associates, Inc.

Jordan & Wisniewski
Terrence M. Jordan            ARDC No.  01368257
David L. Wisniewski           ARDC No.  06273263
Attorneys for Plaintiff
20 North Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 346-2468
(312) 346-6789 FAX                                          A:\Complaint.wpd

Terrence M. Jordan      ID:3123466789      OCT 16'01   13:00 No.001 P.01



*Federación Colombiana de Fútbol*

Bogotá, D.C., 24 de Agosto de 2001

Señores
INTERNATIONAL SOCCER MARKETING GROUP
Att: Sr. Julio Villate
Presidente
Ciudad

Apreciados Señores:

Atentamente, nos permitimos confirmarles la realización del encuentro entre la Selección Nacional de Colombia y su similar de México, a realizarse en la ciudad de Chicago, USA, el 26 de Septiembre del presente año de acuerdo a las condiciones económicas establecidas.

Cordialmente,

ALVARO FINA DOMÍNGUEZ
Presidente

Bogotá, Colombia: Avenida 32 No.16-22 - Tels.: 285 33 20 - 285 52 20 - 285 91 45 - Cables: COLFUTBOL - A.A. 17602 - Fax: 288 97 40 / 43

Exhibit A

Terrence M. Jordan          ID:3123466789               OCT 16'01   13:02 No.001 P.02

Colombian Soccer Federation

Bogota D.C. 24 August 2001

Gentlemen
International Soccer Marketing Group
Attn. Mr. Julio Villate
President

Gentlemen:

We are confirming the soccer match between the Colombian National Soccer team and the Mexican National Soccer team to take place in the City of Chicago, USA on September 26, 2001 pursuant to the terms and conditions of the agreement.

Cordially,

[signature]
Alvaro Fina Dominquez
President

Exhibit A-i



Bogotá, D.C., 29 de *Federación Colombiana de Fútbol*

Señor
**ALEJANDRO BURILLO**
Presidente
Comisión Nacional de Selecciones
FEDERACIÓN MEXICANA DE FUTBOL
México D.F.

Apreciado Alejandro:

Recibe mi cordial y cariñoso saludo agradeciéndole nuevamente tu fundamental ayuda para que la Copa América que realizamos en nuestro país fuera exitosa; espero esto sea el inicio de muchas relaciones tuyas con nuestro país.

En lo que respecta a ala solicitud de realizar un partido amistoso entre nuestras dos Selecciones Mayores el día 26 de Septiembre en Chicago, toma la presente la aceptación de dicha petición, las condiciones serán las que se acordaron con ISMG y espero que sea una ocasión más para fortalecer nuestros lazos de amistad y cooperación.

Mientras tenemos la oportunidad de encontrarnos nuevamente aprovecho esta oportunidad para renovarte mis sentimientos de gratitud y aprecio.

Cordialmente,

**ALVARO FINA DOMINGUEZ**
Presidente

Exhibit B

Colombian Soccer Federation

Bogotá D.C.   August 29, 2001

Alejandro Burillo
President
National Commission of Selections
Mexican Soccer Federation
México D.F.

Dear Alejandro


          Receive my cordial and affectionate greeting thanking you once again for
your assistance in the America Cup hosted by our country with much success. I believe
that this is the beginning of a good relationship between you and my country.

With respect to your proposal to schedule a match between our two soccer teams for
September 26 in Chicago, it is my pleasure to accept your proposal. The conditions will
be the same as agreed upon by ISMG. I hope that this event will strengthen our
friendship and cooperation.

My thanks and appreciation, until we meet again.

Cordially,

[Signature]

Álvaro Fina Domínguez
President

Exhibit B-1

Terrence M. Jordan      ID:3123466789          OCT 16'01   13:05 No.001 P.05

FROM :                      PHONE NO. :                    Sep. 19 2001 11:07AM P2



VIA FACSIMILE: 312-421-5272

September 17, 2001

Patty Marchak
Cardenas/Fernandez
850 W. Jackson, Suite 750
Chicago, Il 60607

Re: September 26: Mexico MNT vs. Colombia MNT; Soldier Field, Chicago

Dear Patty,

Your application to host the above referenced match has been approved. Attached you will find a copy of the Standard Agreement for this game which, details fees payable to the Federation on page two, Item 5. The following items must be returned to me by September 24:

a) Pages six and seven of the Standard Agreement (via fax to 312-808-9708).
b) Refundable performance bond in the amount of $25,000 in the form of a certified check, money order, or wire transfer (contact me if you need wire transfer information).
c) Copy of the insurance certificate as required in Item 10 of the Standard Agreement.

Your closeout date for this game is October 26, the date by which any fees due the Federation as detailed on page two, item 5, must be paid. Copies of all Ticket Master reports, stadium day of game reports, and any other ticket reports to verify gross gate receipts for this game must be submitted two weeks after completion of the game. I have attached a copy of the Financial Reporting form for your use.

The Refereeing Department has been notified of this match and officials have been assigned. You will be contacted regarding the fees for this game. Please be reminded that game officials must be paid immediately following the game.

A Federation Observer will be assigned to this match later this week. Details will follow. Please call if you have any questions or concerns.

Sincerely,

Roland Hahn
International Games Coordinator

Exhibit C

Terrence M. Jordan    ID:3123466789    OCT 16'01   13:06 No.001 P.06
FROM : INTSOCCER!                    PHONE NO. : 0571 6777467        SEP. 18 2001 06:18
08-16-2001 17:50 FAX 1 312 421 187x   CFA                              001-001

FROM : _____          PHONE NO. :                    Sep. 18 2001 11:24



**INTERNATIONAL SOCCER MARKETING GROUP.**

## CONTRATO.

Entre los representantes legales de las compañías INTERNATIONAL SOCCER MARKETING GROUP quien de ahora en adelante se llamara I.S.M.G. Julio Cesar Villate Jessen por una parte y CARDENAS FERNÁNDEZ ASSOCIATTES INC quien de ahora en adelante se llamara C.F.A Henry Cardenas por la otra se ha celebrado el presente contrato.

Primero I.S.M.G debidamente autorizada por la **FEDERACIÓN COLOMBIANA DE FÚTBOL** con carta adjunta de fecha 29 de agosto del 2001 y con carta expresa del 24 de agosto del 2001, firmada por su representante legal y Presidente Dr. Álvaro Fina donde autoriza y acepta a I.S.M.G como empresa autorizada para llevar a la selección Colombia de Mayores a la ciudad de Chicago USA para que realice un partido de fútbol de carácter amistoso contra su similar de México el día 26 de septiembre del presente año.

Segundo, CFA debidamente autorizada por la **FEDERACIÓN MEXICANA DE FÚTBOL** con carta adjunta de fecha septiembre 17 del 2001 firmada por Ricardo Pelaez L. Director de Selecciones Nacionales de México como empresa autorizada para llevar la selección Mayor Mexicana de Fútbol a la ciudad de Chicago USA para que realice un partido de Fútbol de carácter amistoso contra su similar de Colombia el día 26 de septiembre del presente año.

Tercero CFA pagara a I.S.M.G la suma de $ US $80,000.oo ( ochenta mil dólares americanos) por concepto del valor contratado por la presentación de la selección Colombia categoría mayores el día 26 de septiembre del 2001,en la ciudad de Chicago USA con un anticipo del 50% a la firma del contrato.

Cuarta. CFA pagara el alojamiento,en hotel 5 estrellas , alimentación ,lavandería, transporte interno, canchas de entrenamiento impuestos hoteleros ,impuestos de salida de Colombia y Estados Unidos y además la suma de $ US 50,000.oo( cincuenta mil dólares americanos ) correspondientes a los tiketes aéreos BOG-CHI-BOG para un total de 30 personas correspondientes a la delegación deportiva de la Selección Colombia (25 personas en clase económica y 5 personas mas en clase ejecutiva) .

Aceptamos,

JULIO CESAR VILLATE JESSEN
I.S.M.G
Presidente

HENRY CARDENAS
C.F.A.
Presidente.

Calle 79A No. 8-63 Piso
Tel. (571) 3171266 - (573) 337
Fax: (571) 317 19
Santafé de Bogotá D
Colombia - South Ameri

Exhibit D

This contract entered into by and between the legal representatives of the International Soccer Marketing Group, by Julio Cesar Villate Jessen, hereinafter referred to as I.S.M.G. and Cardenas Fernandez Associates, Inc. by Henry Cardenas, hereinafter referred to as C.F.A. hereby agree to as follows:

First. I.S.M.G. is duly authorized by the Colombian Soccer Federation, pursuant to the attached letter dated August 29, 2001 and reconfirmed in the letter dated August 24, 2001, by their legal representative and President, Dr. Alvaro Fina, to authorize and accept, I.S.M.G. as their agent, to present the Colombian soccer team in a soccer match against the Mexican National team to take place in Chicago, United States of America on September 26, 2001.

Second, CFA is duly authorized by the Mexican Soccer Federation, pursuant to the attached letter dated September 17, 2001 and signed by Ricardo Pejaez L., Director of the Mexican National Soccer Teams, for the purpose of presenting the Mexican National team in a soccer match against Colombia in Chicago, United States of America on September 26, 2001.

Third, CFA shall pay I.S.M.G. the sum of $80,000.00 US (eighty thousand dollars) as and for the appearance fee for the presentation of the Colombian soccer team on September 26, 2001, of which, 50% to be paid upon execution of this contract.

Fourth, CFA shall pay for lodging in a 5 star hotel, meals, laundry, ground transportation, rental for use of training courts, hotel taxes, exit taxes from Colombia and entry taxes to the United States. In addition, CFA shall also pay the sum of $50,000 US (fifty thousand dollars) as and for airfare (Bogotá to Chicago/Chicago to Bogotá) for a total of 30 team members of the Colombian soccer team (25 team members in Economy class and 5 team members in Business class).

Accepted,
(signature)                                    (signature)
Julio Cesar Villate Jessen                     Henry Cardenas
I.S.M.G.                                        C.F.A.
President                                       President

Exhibit D-1

Terrence M. Jordan        ID:3123466789              OCT 16'01   13:10 No.001 P.0

FROM :                          PHONE NO. :                      Sep. 19 2001 06:23PM

SEP-19-01  03:48am  Du-                                          T-471  P.02   F-858

*Federación Colombiana de Fútbol*

Bogotá, D.C., 19 de Septiembre de 2001

01557

Señor
MICHEL ZEN – RUFFINEN
Secretario General
F I F A
Zurich

Apreciado Señor:     M. Che (

Atentamente, nos permitimos informarle que esta Unidad firmó un Contrato para la
realización de un encuentro amistoso internacional con la Selección de México a realizarse
en la ciudad de Chicago, USA, el 26 de Septiembre del año en curso.

En virtud de los terribles acontecimientos ocurridos la semana anterior en el país
norteamericano bien conocidos por todos y, que obligó a una serie de situaciones entre las
que se cuentan las difíciles consecuciones de cupos aéreos hacia ese país, los retrasos en los
itinerarios de los vuelos, la complicada obtención de la visa respectiva en estos momentos
por los aplazamientos de citas, entre más entendibles, nos permitimos solicitarle de la
manera más respetuosa su valiosa comprensión y colaboración en este asunto, para que
dicho encuentro sea postergado para una fecha más razonable sin que esto afecte los
intereses de ninguna de las partes.

Para esta Federación y en particular para el Combinado Nacional de Colombia, es bastante
complicado cumplir con este compromiso el próximo 26 de Septiembre por lo antes
mencionado, sin contar que nos sería casi imposible reunir a nuestros jugadores que militan
en Clubes del Exterior por lo que implicaría los desplazamientos hacia Estados Unidos en
virtud de una inminente guerra.

Por lo anterior, agradecemos su pronta respuesta sobre el particular y, con el respeto de
siempre, reciba un cordial saludo de admiración y aprecio.

ALVARO PIÑA DOMINGUEZ
Presidente

c.c.      Conmebol
          Federación Mexicana de Futbol

Bogotá, Colombia, Avenida 22 No.78-58 • Tels. 265 33 90 - 240 85 80 - 255 31 43 - Gestión CC. L.G.F 801 - A.A 17033 • Fax 265 87 40 / 45

Exhibit

Colombian Soccer Federation

Bogotá D.C. 19 of September of 2001

Michel Zen-Ruffinen
General secretary
F I F A
Zurich

Dear Michel

Please be advised that this entity signed a contract for the presentation of a soccer match with the Mexican soccer team to take place on September 26 of this year at Chicago, USA.

By virtue of the terrible events which occurred last week in North American, which are very well known, and which triggered a series of situations between delays, cancellations of all flights and the complications of obtaining the respective visa at this time due to the postponements of appointments, although understandable, we are requesting a postponement for a date which will not affect the interest of any of the parties.

For this Federation and in particular for the Colombian National Team, it is quite complicated to fulfill this commitment on September 26 for the before mentioned, since it would be near impossible to gather our players who militate in clubs in the exterior for what would imply the displacements toward United States by virtue of an imminent war.

Accordingly, I appreciate your quick response regarding the above-mentioned, as always, I remain respectfully yours.

([signature])
Alvaro Fina Dominguez
President

[c.c].   Conmebol
         Mexican Soccer Federation

Exhibit E-1

Civil Cover Sheet

Page 1 of 2

**DOCKETED**
OCT 1 6 2001

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE GOTTSCHALL

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## Civil Cover Sheet  01C 7931

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s): CARDENAS/FERNANDEZ & ASSOCIATES INC.**

County of Residence: COOK

Plaintiff's Atty: TERRENCE M. JORDAN & DAVID L. WISNIEWSKI JORDAN & WISNIEWSKI 20 N. WACKER DRIVE, S-1900, CHICAGO, IL 60606 312-346-2468

**Defendant(s):ALVARO FINA DOMINQUEZ, FEDERACION COLOMBIANA DE FUTBOL, JULIO CESAR VILLATE JESSEN, INTERNATIONAL SOCCER MARKETING GROUP**

County of Residence: COLOMBIA

Defendant's Atty:

FILED-EDS 01 OCT 15 PM 2: 50 CLERK U.S. DISTRICT COURT

---

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principle Parties **(Diversity Cases Only)**

Plaintiff:-**1 Citizen of This State**
Defendant:-**3 Citizen of Foreign Country**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **190 Other Contract**

VI.Cause of Action: **BREACH OF CONTRACT ACTION BETWEEN ILLINOIS CORPORATION AND CITIZENS OF COLOMBIA BROUGHT UNDER 28 U.S.C. § 1332.**

VII. Requested in Complaint
Class Action:**No**
Dollar Demand:**EXCESS $100,000**
Jury Demand:**Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

---

**Signature:** David L. Wisniewski

1-2

Civil Cover Sheet

**Date:**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          **Revised: 06/28/00**